**File Hashes for IP Address 69.121.116.72**

**ISP:** Optimum Online
**Physical Location:** Pompton Lakes, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/19/2014 01:35:52 | D33DDC5AFF9C4FC2242A5F677EB34C5023B1B1BE | Spellbound |
| 11/16/2014 10:59:57 | 7A4995CAD71D31FF581945E35ABE694C7EDE32DC | Paint Me White |
| 11/05/2014 22:17:09 | 2F4771020A9701851F7D58DDEC8A77D916B55650 | Exposed And Aroused |
| 10/27/2014 00:46:32 | 9F1BCB13265E3185001B40420DC655A8E1EF7A75 | Double Oh Heaven |
| 10/26/2014 01:51:18 | D0C370A2CE5A1D80F4D913E2214E997EB801D658 | All Oiled Up |
| 10/24/2014 07:13:42 | 209AA26864182D392CDE5256AB22C1F425AFD6E6 | Awe Inspiring Orgy |
| 10/24/2014 03:41:51 | DD54541DD3CE9E43D2314BC8BCA659AB983DE330 | Sexy En Noir |
| 10/24/2014 03:31:04 | 5FC4E9DEEC4674C3330589667370CCC9E89498B0 | Shes A Spinner |
| 10/24/2014 02:01:55 | 1D7E74C33FAD4573A9D96C1F3EC14CD02445DD02 | Hot Bath For Two |
| 10/19/2014 23:49:50 | 63FC12CDDF5DBE0304B7EBD6AC3B0435D01B358C | For Your Eyes Only |
| 10/01/2014 00:33:30 | 78C3190DCCA710786BCC4AB94D2499A285FE4F69 | Nice And Slow |
| 09/21/2014 15:01:56 | B952E3FE673ECBBFDCE0939171AF6DAF98C57B66 | Our Little Cum Cottage |
| 09/20/2014 01:02:39 | 94690606D9F905C95C7048C05C47E06BF146C745 | Fun For Three |
| 09/13/2014 17:18:52 | 3575AFE77E851F8F55C739E709C0CE8A47E29903 | Lisas Hidden Cam |
| 08/05/2014 23:17:36 | 8E2ABD766FAD8E3A12FC302B013932415FDDD6FD | Paint Me Beautiful |
| 08/04/2014 14:40:29 | F7FAFED627CC028ACA02887C7199AC8CCCCB8428 | Carry Me Home |
| 07/19/2014 18:42:47 | 65A94886F80F754C8920E2B13DE0DA0B59DD9BD8 | Rendezvous |
| 07/19/2014 18:40:15 | 65FE8BDB2A66827CB26D689DE18486DEC3B8AEC7 | Late for Work |
| 07/17/2014 05:30:40 | 360103097682162BED6E1AF48A07B84BD0E5B7C6 | I Am In the Mood |
| 07/17/2014 04:51:17 | 43596AC8B618943D2E8232EDB0663000C619C009 | New Romance |
| 07/17/2014 04:50:54 | 6D49FF84A616C511D7546281E353CF1102501445 | Double Tease |
| 07/17/2014 04:28:16 | 59A443EFA0706713D8B0B6177414D2D70FDE5716 | Much Needed Vacation |

EXHIBIT A

CNJ251

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/16/2014 11:45:48 | E52F3EF3AE1909D8846DDA073D524E5EC7519895 | Mad Passion |
| 07/16/2014 11:22:41 | 25EDAEE2876DE119233B364B0E90649F9D3E497F | Many Shades of Grey |
| 07/16/2014 10:41:31 | 185DBF8520702D7E84EBEF4261360E1DA2185F29 | In for the Night |
| 07/16/2014 06:09:28 | 06AC7448218B6AC5F63B777630398DDCCD763FEC | Rope Priority |
| 07/16/2014 04:20:46 | 6A95B76DE0780E8FF2DC3C5DAFA52640C195CFE3 | Apartment in Madrid |
| 07/16/2014 02:55:38 | 794721F9813E280C0205E1C9EA1599A8C02684F5 | Marry Me |
| 07/15/2014 15:49:09 | 88ADB876C9E3FE750E40C91AE887E6FF7FD0C8A3 | Truth or Dare |
| 07/15/2014 15:20:17 | C51ECE93C9772D46F5CD94D903BC54303420487A | The Young and the Restless |
| 07/15/2014 15:00:17 | 0A05FD57476DB076D85453C9C23FEF5794899100 | Perfect Timing |
| 07/15/2014 14:59:09 | 2245EB2CF65B3C68746DD467777C1AC6AA7DA42E | A Thought of You Part 2 |
| 07/03/2014 03:09:10 | E78047F304EA7B1BE0A090AD6319FDC6288B3800 | Just Watch Part 2 |
| 07/03/2014 02:57:48 | 2A05E9869A686BCAD59ACBAA0203049202AEAE0C | Sexy In The City |

**Total Statutory Claims Against Defendant: 34**

EXHIBIT A

CNJ251