Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE, subscriber assigned IP address 69.121.116.72, <br><br> Defendant. | Civil Action No. 2:15-cv-00086-CCC-JBC |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe was assigned the IP address 69.121.116.72. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  March 18, 2015

Respectfully submitted,

                By:   /s/ *Patrick J. Cerillo*
                Patrick J. Cerillo
                pjcerillolaw@comcast.net
                4 Walter Foran Blvd.
                Suite 402
                Flemington, NJ 08822
                Attorney ID No.:  01481-1980
                Telephone:  (908) 284-0997
                Facsimile:  (908) 284-0915
                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that on March 18, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                By:  /s/ *Patrick J. Cerillo*_____
                Patrick J. Cerillo, Esq.